### EGGERS v
### NORWOOD INDUSTRIAL LOAN (P)

Ohio Appeals, 1st Dist, Hamilton Co

No 5511. Decided Dec 12, 1938

Lawrence B. Swartz, Cincinnati, for Appellee.

Robert A. Black, Cincinnati and John Bolsinger, Cincinnati, for Appellant.

### OPINION

PER CURIAM

Two points of error are stressed in this

appeal: First: That the court erred in refusing defendant the right to cross-examine plaintiff's attorney regarding his interest in the case. The court erred in so doing. The attorney was on the stand giving evidence in favor of plaintiff and his interest in the case by way of a contingent fee, if such was the basis of his employment, was a proper subject for cross-examination as bearing upon his credibility. Second: The court is further of the opinion that the verdict and judgment are manifestly against the weight of the evidence. We will not comment on the evidence as the case will have to be retried.

The judgment is reversed and the case remanded for a new trial and further proceedings according to law.

ROSS, PJ, HAMILTON & MATTHEWS, JJ, concur.